UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS RIMINI,<br><br>       Plaintiff,<br><br>  -against-<br><br>J.P. MORGAN CHASE & CO.,<br><br>       Defendant. | 21-CV-7209 (JPC)<br><br>ORDER OF SERVICE |

JOHN P. CRONAN, United States District Judge:

  The Clerk of Court is directed to issue a summons as to Defendant J.P. Morgan Chase & Co. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated: September 14, 2021
     New York, New York

                     _____
                        JOHN P. CRONAN
                      United States District Judge