UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS RIMINI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J.P. MORGAN CHASE & CO., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Hon. John P. Cronan <br><br> Magistrate Judge Hon. Sarah L. Cave <br><br> Case No. 1:21-cv-07209 (JPC) <br><br> **NOTICE OF MOTION FOR A FILING INJUNCTION PURSUANT TO THE ALL WRITS ACT** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant J.P. Morgan Chase's ("JPMC") Motion for a Filing Injunction, JPMC will move this Court at the United States Courthouse, 500 Pearl St. New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to the All Writs Act, codified at 28 U.S.C. § 1651(a), issuing a Filing Injunction to enjoin Plaintiff Thomas Rimini from commencing any new action against JPMC or its subsidiaries or filing any document without first obtaining prior express permission from this Court, and for such other relief as this Court may deem just and proper.

Dated: December 16, 2021

Respectfully submitted,

/s/ *Steven J. Pearlman*
Steven J. Pearlman *(Admitted Pro Hac Vice)*
Edward C. Young *(Admitted Pro Hac Vice)*
PROSKAUER ROSE LLP
70 W. Madison, Suite 3800
Chicago, Illinois 60602
Phone: (312) 962-3545
Fax: (312) 962-3551
spearlman@proskauer.com
eyoung@proskauer.com

The request to move is granted. Plaintiff shall oppose by January 14, 2022 and Defendant shall reply by January 21, 2022. The Clerk of Court is respectfully directed to mail this Order to the *pro se* Plaintiff. SO ORDERED.

December 17, 2021
New York, NY

JOHN P. CRONAN
United States District Judge

P. Kramer Rice
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Phone: (212) 9969-3406
Fax: (212) 969-2900
krice@proskauer.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby states that he served a copy of the foregoing via E-Mail on:

Thomas Rimini, Esq.<br>
P.O. Box 391<br>
Winchester, MA 01890<br>
thomas_rimini@msn.com

this 16th day of December, 2021.

                                                        /s/ *Steven J. Pearlman*