UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS RIMINI,

                          Plaintiff,

    -v-

J.P. MORGAN CHASE & CO.,

                         Defendant.

CIVIL ACTION NO.: 21 Civ. 7209 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a Discovery Conference today, December 20, 2021.  Pursuant to the Court's rulings at the Discovery Conference, Plaintiff pro se Thomas Rimini's motion to stay this action (ECF No. 21) is DENIED.  As stated at the Discovery Conference, Mr. Rimini has not demonstrated that a stay is warranted or that any circumstances have changed as would justify a contrary ruling from Judge John P. Cronan's October 25, 2021 Order denying Mr. Rimini's earlier stay application.  (ECF No. 16).

The Court defers discussion of Mr. Rimini's request for a discovery conference (ECF No. 28), which Defendant opposes (ECF No. 30), until after a ruling concerning Defendant's Motion to Dismiss (ECF No. 17).

The Clerk of Court is respectfully directed to close ECF Nos. 21 and 40 and to mail a copy of this Order to Mr. Rimini at the address below.

Dated:      New York, New York
             December 20, 2021

2

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:        Thomas Rimini
                P.O. Box 392
                Winchester, MA 01890