UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIMINI, | ) |
| | ) |
| v. | ) Honorable Cronan |
| | ) Honorable Cave |
| J.P. MORGAN CHASE & CO. | ) |
| | ) Civil Action No. 21-cv-7209 (JPC)(SLC) |
| | ) |
| | ) |
| | ) |
| | ) |

**<u>Apology to the Court re Order Document 58</u>**

1.  In regard to Order Document 58, I apologize to the Court.

2.  I raised the captioning issue after the corporate entity issue was discussed in the December 20, 2021 teleconference.

3.  After the conference, I reviewed documents within my employee file from JPMC.

4.  On the version I reviewed upon filing my motion (also, JPMC0076-JPMC0077), I am listed as only being employed by JPMorgan Securities.

5.  However, additional versions of the same document list 3 different corporate entities[1] and multiple job titles, including for "career progression" and promotion from January 2002 to September 2008.

6.  It is a habit of working at the bank to refer to the bank holding company and the investment bank interchangeably. However, distinction would be made when referring to the national bank Chase.

7.  I apologize.

---

[1] JPMorgan Chase Bank (JPMC), JPMorgan Securities (JPMSI), and Bear Stearns.

1

March 18, 2022                                          Respectfully Submitted,

                                                        */s/Thomas Rimini*

                                                        Thomas Rimini
                                                        Complainant
                                                        Pro Se
                                                        P.O. Box 391
                                                        Winchester, MA 01890
                                                        (617) 485-9100
                                                        thomas_rimini@msn.com

CERTIFICATE OF SERVICE

I, Thomas Rimini, herby certify that today, March 18, 2022, I served a copy of the foregoing upon the persons identified below by U.S. Post and E-mail.

P. Kramer Rice
Steven Pearlman
Eddie Young
Mark Batten

c/o Proskauer
11 Times Sq.
New York, NY 10036

*/s/ Thomas Rimini*
Thomas Rimini