UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THOMAS RIMINI,

                     Plaintiff,

      -against-                                     21 **CIVIL** 7209 (JPC)

                                                    **JUDGMENT**

J.P. MORGAN CHASE & CO.,

                     Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2022, Plaintiff's motion to dismiss for lack of subject matter jurisdiction is granted. Defendant's motion to dismiss for failure to state a claim and motion for a filing injunction are both denied without prejudice as moot; accordingly, the case is closed.

**Dated:**  New York, New York

       September 30, 2022

                                                            **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                         **BY:**

                                                             **Deputy Clerk**