UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIMINI, | ) |
| | ) |
| v. | ) Civil Action No. 21-cv-7209(JPC)(SLC) |
| | ) |
| J.P. MORGAN CHASE & CO. et al | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

# **MOTION FOR VACATUR**

Dear Judge Cronan:
Dear Judge Cave:

Including for the reasons I have outlined in 1:22-cv-07768 at Motion for Recusal, Document 37, I respectfully ask that the Court vacate its decisions and orders in 21-cv-7209.

December 21, 2022                                                                                          Respectfully Submitted,


                                                                                                                        */s/Thomas Rimini*

                                                                                                                        Thomas Rimini
                                                                                                                        Complainant
                                                                                                                        Pro Se
                                                                                                                        P.O. Box 391
                                                                                                                        Winchester, MA 01890
                                                                                                                        (617) 485-9100
                                                                                                                        thomas_rimini@msn.com

Plaintiff's validly filed notice of appeal, Dkt. 82, has divested the Court of jurisdiction over the matters addressed in its Opinion and Order dismissing this case, Dkt. 77.  *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal . . . confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").  Because the Court has been divested of jurisdiction over the decisions and orders that Plaintiff seeks to have vacated, Plaintiff's motion is denied without prejudice for lack of jurisdiction.

SO ORDERED
Date: February 22, 2023                                                                 _____
New York, New York                                                                               JOHN P. CRONAN
                                                                                                         United States District Judge

1