UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                                                                                     :

THOMAS RIMINI,                                                   :

                          Plaintiff,                                                  :              21 Civ. 7209 (JPC) (SLC)

                   -v-                                                       :

                                                                             :              <u>ORDER</u>

J.P. MORGAN CHASE & CO. *et al.*,                    :

                                                                             :

                         Defendants.                                        :

                                                                             :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On June 27, 2023, Plaintiff Thomas Rimini submitted a letter requesting that the Court appoint an attorney to represent him in this case. *See* Dkt. 97. In determining whether to grant an application for counsel, the Court must consider "the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, his efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel." *Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172 (2d Cir. 1989) (per curiam). As a threshold matter, to qualify for counsel Plaintiff must demonstrate that his claim has substance or a likelihood of success. *See Hodge v. Police Officers*, 802 F.2d 58, 60-61 (2d Cir. 1986). In reviewing a request for counsel, the Court must be cognizant of the fact that volunteer attorney time is a precious commodity and, thus, should not grant a request for counsel indiscriminately. *Cooper*, 877 F.2d at 172.

       After reviewing Plaintiff's claims in light of the above the Court denies without prejudice Plaintiff's request for counsel, which he may renew at such time as the existence of a potentially meritorious claim may be demonstrated. The Court notes that Plaintiff may always contact the New

York Legal Assistance Group (NYLAG), which provides free legal assistance to pro se litigants, and which may be reached through https://www.nysd.uscourts.gov/attorney/legal-assistance.

    SO ORDERED.

Dated: June 29, 2023
       New York, New York

                                        JOHN P. CRONAN
                                   United States District Judge